**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

EDWIN OSVALDO LOPEZ GUZMAN,

     Petitioner,

v.

MARKWAYNE MULLIN, Secretary of the
U.S. Department of Homeland Security;
TODD BLANCHE, Acting United States
Attorney General; TODD M. LYONS;
Acting Director of Immigration and Customs
Enforcement; MARY DE ANDA-YBARRA,
Field Office Director of Enforcement and
Removal Operations, El Paso Field Office,
Immigration and Customs Enforcement; and
GEORGE DEDOS, Warden of Torrance
County Processing Center,

     Respondents.

Case No. 1:26-cv-01248-MIS-GBW

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order

Denying Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment

is hereby entered in favor of Respondents Warden, Otero County Processing Center, Mary De

Anda-Ybarra, Todd Lyons, Todd Blanche, and Markwayne Mullin and against Petitioner Edwin

Osvaldo Lopez Guzman.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE